UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GLORIA JEAN INGRAM** and
**TRINITY KENNICE INGRAM,**

    Plaintiffs,

v.                                         Case No.  3:23-cv-18414-TKW-ZCB

**NATHAN BERTRAM, et al.,**

    Defendants.
_____/

## ORDER

    This case is before the Court based on the magistrate judge's Reports and Recommendations (R&Rs) (Docs. 96, 97).  No objections were filed.

    Upon due consideration of the R&Rs and the entire case file, the Court agrees with the magistrate judge's determination that the Drug Enforcement Agency (DEA) Defendants (Miller and Manna) are entitled to judgment as a matter of law because the undisputed evidence establishes that they were not present when any force was used on Plaintiffs.  The Court also agrees with the magistrate judge's determination that the Walton County Sheriff Office (WCSO) defendants (Key, Coone, and Bertram) are entitled to judgment as a matter of law because the undisputed evidence establishes that Key and Coone did not use any force on Plaintiffs; that Bertram did not use any force on Plaintiff Trinity Ingram; and any force used by Bertram on

Plaintiff Gloria Ingram (and it is not clear that there was any) was not the cause of the injuries she allegedly suffered.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&Rs are adopted and incorporated by reference in this Order.

2. The DEA Defendants' motion for summary judgment (Doc. 73) is GRANTED, and all claims against those defendants (Kevin Miller and John Manna) are DISMISSED with prejudice.

3. The WCSO defendants' motions for summary judgment (Docs. 77, 78, 85) are GRANTED, and all claims against those defendants (Nathan Bertram, Steve Key, and Brandon Coone) are DISMISSED with prejudice.

4. The Clerk shall enter judgment, stating: Plaintiffs shall take nothing on their claims and Defendants shall go hence without day.

5. The Court reserves jurisdiction to consider any motions for sanctions against Plaintiffs' former counsel. *See* Doc. 80. Any such motions shall be filed within 14 days from the date of this Order.

6. If any motions for sanctions are filed, the Clerk shall refer them to the magistrate judge for disposition under Local Rule 72.3. If no motions are filed, the Clerk shall close the case file.

**DONE AND ORDERED** this 19th day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**