UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GLORIA JEAN INGRAM, et al.

v.                                        Case No.: 3:23-cv-18414-TKW-ZCB

NATHAN BERTRAM, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  July 21, 2026
Type of Motion/Pleading: Notice of Withdrawal
Filed by:  Defendants          on 7/21/2026   Doc.        119

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 21st day of July 2026:

Defendants Bertram, Coone, and Key filed motions for sanctions. (Docs. 100, 101).  Defendants have now filed a notice of withdrawal of their motions for sanctions. (Doc. 119).  Accordingly, the Clerk of Court shall **TERMINATE** the motions for sanctions filed by Defendants Bertram, Coone, and Key (Docs. 100, 101).

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1